# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAHID TANVIR,<br><br>Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS,<br><br>Defendant. | Civil Action No. 05-1464 (PGS)<br><br>**PRETRIAL ORDER** |

This matter having been reviewed by the Court, it is on this 3rd day of August, 2007,

ORDERED:

A. That the plaintiff shall have until August 10, 2007 to file and serve a response to defendant's supplemental brief filed in support of its motion for summary judgment, the Court having reserved judgment on the pending motion for summary judgment, and pending the outcome of that motion;

B. The jury trial shall commence on October 16, 2007, a Tuesday at 10:00 a.m.;

C. A settlement/status conference and pre-marking of exhibits and any other pre-trial matter shall be conducted on October 12, 2007 at 3:00 p.m.;

D. Proposed voir dire questions and jury instructions shall be submitted on or before October 9, 2007;

E. Any in limine motions shall be submitted on or before September 14, 2007; and reply brief shall be submitted on or before September 21, 2007;

F.  Settlement/status conference shall be conducted on October 2, 2007 at 11:00 a.m.; and it is further

ORDERED with regard to the settlement conferences set forth in paragraphs C and F above, the conferences shall be attended by counsel having full authority to speak for the party.  The client shall attend the conference or be available by telephone.  In addition, each party shall submit a letter memorandum of three pages or less no later than 48 hours prior to each conference which sets forth the party's settlement position and rationale.  The letter memorandum may be submitted *ex parte* and therefore should not be filed with the Clerk.

_____
PETER G. SHERIDAN, U.S.D.J.