## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAHID TANVIR, <br><br> Plaintiff, <br><br> v. <br><br> QUEST DIAGNOSTICS, <br><br> Defendant. | Civil Action No. 05-1464 (PGS) <br><br> **Verdict Sheet** |

1. Did Quest Diagnostics discriminate against Mr. Tanvir on the basis of his religion, national origin, or race (including ancestry or ethnic characteristics) when they failed to hire him in March 2004 ?

    Answer: _____ Yes    ✓ No

2. Did Quest Diagnostics discriminate against Mr. Tanvir on the basis of his age when they failed to hire him in March 2004?

    Answer: _____ Yes    ✓ No

*[If your answers to Questions 1 & 2 are "No," then do not answer the remaining questions and end deliberations. If your answer "Yes" to either Question 1 or 2, then proceed to Question 3.]*

3.  Please indicate below the economic damages, if any, that should be awarded to Mr. Tanvir as a consequence of Quest Diagnostics' discriminatory practices, by filling in a dollar amount in each of the recoverable claims below.

    Back Pay    $_____

    Front Pay   $_____

4.  Do you find that Quest Diagnostics' management acted with malice or reckless indifference when they failed to hire Tanvir in March 2004 due to his religion, national origin, or race (including ancestry or ethnic characteristics)?

    Answer:   _____ Yes   _____ No

5.  Do you find that Quest Diagnostics' management acted with malice or reckless indifference when they failed to hire Tanvir in March 2004 due to his age?

    Answer:   _____ Yes   _____ No

6.  If you find in favor of plaintiff under Questions 1 or 2, but you find that plaintiff's damages have no monetary value, then you must return a verdict for plaintiff in the nominal amount of one dollar.

    $_____

When your work is complete, please sign this Verdict form below and notify the marshal.

Please sign verdict sheet.

_____
Foreperson